IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:09-cr-00240-15 |
| ) | Judge Nixon |
| ANTONIO LEE ) | |

## ORDER

Pending before the Court is Defendant Antonio Lee's Motion to Allow the Accused Access to IPod ("Motion"). (Doc. No. 733.) The Court has already addressed this matter as to all defendants in a previous Order filed on September 1, 2011. (Doc. No. 608.) That Order provided that "the facilities holding the defendants [in this case] must provide them an opportunity to review the recordings outside the presence of their attorneys," (*id.* at 2) and recommended that the facilities holding the defendants in this case consider the "Sixth Circuit Budgeting Attorney, Robert J. Ranz['s] . . . [recommendation that] the detained individuals be granted access to iPod nanos or similar personal listening devices to accomplish these goals" (*id.* at 2-3). The Court thus **GRANTS** Mr. Lee's Motion pursuant to this previous Order.

It is so ORDERED.

Entered this ___ day of August, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT