# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-15 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTONIO LEE | ) | |

## ORDER

Pending before the Court is Defendant Antonio Lee's Motion to Join Previously Filed

Motions ("Motion to Join"). (Doc. No. 1560.) Specifically, Mr. Lee requests to join Defendant

Paul McQuiddy's following motions filed on February 18, 2011: Motion for Additional

Peremptory Challenges and the Right to Exercise Those Challenges Independently After

Consultation and Memorandum in Support (Doc. Nos. 415-16); Motion for Daily Trial

Transcript and Memorandum in Support (Doc. Nos. 423-24); Motion for Equal Access to

Exhibits and Memorandum in Support (Doc. Nos. 425-26). (Doc. No. 1560.) Mr. Lee also

requests to join Defendant James Campbell's following motions filed on July 3, 2012: Motion in

Limine #1 (Doc. No. 1177); Motion in Limine #2 (Doc. No. 1178); Motion in Limine #3 (Doc.

No. 1179); Motion in Limine #4 (Doc. No. 1180); Motion in Limine #6 (Doc. No. 1182); Motion

in Limine #7 (Doc. No. 1183). (Doc. No. 1560.) Finally, Mr. Lee requests to join Defendant

Monterius Pollard's Motion for Jury-Out *Enright* Hearing on Admissibility of Alleged

Coconspirator Statements and Memorandum in Support (Doc. Nos. 656-57), filed on September

22, 2011; Defendant Thomas Branum's Motion for Early Disclosure of *Jencks* Act Material and

Disclosure of Government's Witness List and List of Exhibits (Doc. No. 969) and Motion for

Pretrial Designation of All Phone Calls that the Government Intends to be Used in Their Case-

In-Chief (Doc. No. 970), filed on March 20, 2012; and Defendant Tierra Young's two motions to

1

join (Doc. Nos. 1558-59), filed on December 21, 2012. (Doc. No. 1560.) All motions named in Mr. Lee's Motion to Join are currently pending before the Court.

The arguments made by Mr. McQuiddy, Mr. Campbell, Mr. Pollard and Mr. Branum in their motions apply equally to Mr. Lee. (*See* Doc. Nos. 415-16; 423-26; 656-57; 969-70; 1128; 1177-80; 1182-83). With respect to motions filed by Ms. Young, because these motions (Doc. Nos. 1158-59) request to join other substantive motions filed by Defendants Christopher Moody and Patrick Scott (Doc. Nos. 1546; 1548; 1554), the Court finds Mr. Lee should be joined to the underlying substantive motions, rather than Ms. Young's motions to join. Accordingly, the Court **GRANTS** the Motion to Join with respect to the above-named motions filed by Mr. McQuiddy, Mr. Campbell, Mr. Pollard and Mr. Branum, (Doc. Nos. 415-16; 423-26; 656-57; 969-70; 1128; 1177-80; 1182-83) as well as motions filed by Mr. Moody and Mr. Scott (Doc. Nos. 1546; 1548; 1554).

It is so ORDERED.

Entered this the ___ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2