IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-15 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTONIO LEE | ) | |

## ORDER

Pending before the Court are Defendant Antonio Lee's two Motions to Join Previously Filed Motions ("Motions to Join"). (Doc. Nos. 1690; 1711.) Specifically, Mr. Lee requests to join Defendants Paul McQuiddy and Leonard Baugh's Joint Motion for the Government to Produce its Exhibit and Witness Lists in Anticipated Chronological Order (Doc. No. 1689), filed on January 20, 2013, as well as Mr. McQuiddy's following motions filed on January 21, 2013: Motion to Permit Defense Attorneys to Choose Order of Presentation (Doc. No. 1701); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise not at Liberty (Doc. No. 1702); Motion to Prevent Introduction of Evidence that was not Properly Disclosed by the Government Prior to Trial (Doc. No. 1703); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the only Evidence Presented come from the Witness Stand and to Prohibit Courtroom "Displays" (Doc. No. 1705); Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706); and Motion to Late File Proposed Jury Instructions and Proposed Verdict Form (Doc. No. 1707). (*Id.*) All motions named in Mr. Lee's Motions to Join are currently pending before the Court.

The arguments made by Mr. McQuiddy and Mr. Baugh in their motions apply equally to Mr. Lee. (*See* Doc. Nos. 1689; 1701–07.) Accordingly, the Court **GRANTS** the Motions to Join

1

(Doc. Nos. 1690; 1711) with respect to the above-named motions filed by Mr. McQuiddy and Mr. Baugh (Doc. Nos. 1689; 1701–07).

It is so ORDERED.

Entered this the 23rd day of January, 2013.

                                            JOHN T. NIXON, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT