IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-15 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTONIO LEE | ) | |

## ORDER

Pending before the Court is the Government's Motion for Reconsideration or Clarification ("Motion"), in which the Government requests the Court reconsider its January 31, 2013, Order prohibiting the Government from introducing certain evidence against Defendant Antonio Lee at trial (Doc. No. 1866). (Doc. No. 1885.) The Court accepted Mr. Lee's Petition to Enter a Plea of Guilty (Doc. No. 1907) and sentenced Mr. Lee on February 4, 2013. Therefore, the Government's Motion (Doc. No. 1885) is **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the ___12th___ day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT