IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-15 |
| v. ) | |
| ) | Judge Nixon |
| ANTONIO LEE ) | |

## ORDER

Pending before the Court are various pretrial motions filed by Defendant Antonio Lee, including: Motion for Severance of Defendants (Doc. No. 1192); Motion to Sever Counts (Doc. No. 1193); Motion for Bill of Particulars (Doc. No. 1366); Joint Motion to Exclude Inadmissible Hearsay Contained in Recorded Phone Calls (Doc. No. 1700); and Joint Motion to Return Defendants (Doc. No. 1774). Additionally, Mr. Lee has joined the following motions which remain pending as to him: Motion for Pretrial Notice of Government's Intent to Use Evidence (Doc. No. 1128); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise Not at Liberty (Doc. No. 1702); Motion to Prevent Introduction of Evidence that was Not Properly Disclosed by the Government Prior to Trial (Doc. No. 1703); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the Only Evidence Presented Come from the Witness Stand (Doc. No. 1705); Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706); and Motion to Prohibit Irrelevant and Prejudicial Proof (Doc. No. 1771).

The Court accepted Mr. Lee's Petition to Enter a Plea of Guilty (Doc. No. 1907) and sentenced Mr. Lee on February 4, 2013. Therefore, Mr. Lee's Motions (Doc. Nos. 1128; 1192; 1193; 1366; 1700; 1702–1706; 1753; 1763; 1771; 1774) are **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the 12th day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT