# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>ANTONIO LEE ) | No. 3:09-cr-00240-15<br><br>Judge Nixon |

## ORDER

Before the Court is a letter filed by Defendant Antonio Lee, in which he requests

transcripts from his sentencing hearing, held on February 4, 2013, and a copy of the docket sheet

for his case for use in preparing post-conviction claims. (Doc. No. 2452.) Mr. Lee has attached

an Application to Proceed Without Prepayment of Fees (Doc. No. 2452-1) and a statement of his

inmate account balances over the last six months at Victorville Federal Correctional Complex,

where he is currently incarcerated (Doc. No. 2452-2).

The Court hereby **DIRECTS** the Clerk to send Mr. Davis a copy of the docket sheet from

this matter. The transcript of Mr. Lee's sentencing hearing, however, has not been filed and

thus, cannot be sent to him.

It is so ORDERED.

Entered this the ___24th___ day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT